# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST, AND BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST<br><br>**Plaintiffs,**<br>v.<br><br>S DIAMOND STEEL, INC., an Arizona corporation,<br><br>**Defendant.** | Civil Case No.  CV13-00084 JCG<br><br>[~~PROPOSED~~] ORDER FOR STIPULATION FOR JUDGMENT |

1

---

KKF/cl/0925.150(I)  CV13-00084 JCG
[Proposed] Order to Stipulation for Judgment

1  IT IS ORDERED that Judgment be entered in the above-entitled action pursuant to the terms of the Stipulation for Judgment entered into by the parties and filed with the Court on October 16, 2013.

The Court retains jurisdiction over the parties at their request in order to enforce the Stipulation for Judgment until full performance of its terms.

DATED: October 16, 2013            By: _____
                                        HONORABLE JAY C. GANDHI
                                        UNITED STATES MAGISTRATE JUDGE

KKF/cl/0925.150(I)                                                    CV13-00084 JCG
[Proposed] Order to Stipulation for Judgment